J. C. Field, Wallace E. Monier, John H. Kirkpatrick, Named as Trustees in and Under the Last Will and Testament of Clement V. Field, Deceased, Plaintiffs-Appellees, v. Louis Dunn, William G. Clark, Attorney General of Illinois, Objector-Appellant.

Gen. No. 66–11. (Abstract of Decision.)

Third District.

December 9, 1966.

William G. Clark, Attorney General of the State of Illinois, of Chicago (Lawrence W. Reisch, Jr., Assistant Attorney General, of counsel), and Louis P. Walter, Jr., of Ohio, for appellant; Peterson, Johnson & Martin, of Princeton, for appellees. Opinion by JUSTICE ALLOY. Not to be published in full.